UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:13CR351 CEJ DDN |
| ) | |
| SHELIA HEEGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONCERNING PRETRIAL DETENTION

On September 11, 2013 defendant Shelia Heege came before the Court for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142, to determine whether Defendant should be released on conditions or be detained. The Government had filed a motion for Pretrial Detention of Defendant, (Doc. 12).

Based on Pretrial Services Reports from the Eastern District of Missouri and testimony given during the detention hearing, the Court finds that the Defendant shall be released on a unsecured bond with conditions recommended by the pretrial services officers.

**IT IS HEREBY ORDERED** that the Government's Motion for Pretrial Detention of Defendant, (Doc. 12) is **DENIED**.

**IT IS FURTHER ORDERED** Defendant shall execute a bond on personal recognizance.

**IT IS FINALLY ORDERED** that a bond hearing is set for September 16, 2013 at 9:00 a.m. in the courtroom of the undersigned. The Third Party Custodian must be present.

Dated this 11th day of September, 2013.

          /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE